**Juan Carlos Diaz MORA, et al., Petitioners,**

v.

**Alberto R. GONZÁLES, Attorney General, Respondent.**

No. 06–2070.

United States Court of Appeals, First Circuit.

Sept. 13, 2007.

Juan C. Diaz Mora, on brief, pro se.

---

Michael Sady, Assistant U.S. Attorney, and Michael J. Sullivan, United States Attorney, on brief, for respondent.

Before LYNCH, Circuit Judge, CAMPBELL and SELYA, Senior Circuit Judges.

PER CURIAM.

After carefully considering the briefs and record in connection with this petition for judicial review, we deny the petition and *affirm* the decision below.

We review the BIA's interpretation of 'persecution on the basis of social group' *de novo. Lattab v. Ashcroft,* 384 F.3d 8, 17 (1st Cir.2004).

Although we sympathize with the petitioners' plight, they fail to establish that the criminal extortion that they experienced constitutes persecution. *See Negeya v. Gonzales,* 417 F.3d 78 (1st Cir.2005); *Guzman v. INS,* 327 F.3d 11 (1st Cir. 2003); *Nelson v. INS,* 232 F.3d 258 (1st Cir.2000); *see also Matter of Acosta,* 19 I. & N. Dec. 211 (BIA 1985). Moreover, the petitioners failed to establish that wealthy, educated Colombians comprise a social group within the purview of 8 U.S.C. § 1231(b)(3)(A). *See Silva v. Ashcroft,* 394 F.3d 1 (1st Cir.2005); *Alvarez–Flores v. INS,* 909 F.2d 1 (1st Cir.1990); *In re C–A–,* 23 I. & N. Dec. 951 (BIA 2006).

*The petition is denied. See* 1st Cir. R. 27.0(c)